# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140672(30)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KELLY NOBLES,
   Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140672
COA: 293121
Wayne CC: 01-004225-FC

   On order of the Court, the motion for reconsideration of this Court's June 28, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920